UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICA CABALLERO,<br><br>        Plaintiff,<br><br>    v.<br><br>FIDELITONE LAST MILE, INC.,<br><br>        Defendant. | Case No. 20-cv-06281-VC<br><br>**ORDER DENYING MOTION AT DKT. 15**<br><br>Re: Dkt. No. 15 |

The motion is denied because the Court cannot figure out what the defendant is moving for. If the defendant is moving for the Court to consider whether the two cases are related, that motion would be pursuant to Local Rule 3-12, and the defendant has not complied with the requirements of that rule. Counsel is urged to make a better effort to study and comply with the rules.

**IT IS SO ORDERED.**

Dated: September 25, 2020

VINCE CHHABRIA
United States District Judge