UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICA CABALLERO, an individual; Individually and on Behalf of All Similarly Situated Individuals,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITONE LAST MILE, INC., a Delaware corporation; and DOES 1 through 20, Inclusive,<br><br>Defendant. | Case No. 3:20-cv-06281-VC<br><br>[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

The Court, having reviewed the Stipulation to Continue the Case Management Conference, and good cause having been shown, HEREBY ORDERS the following:

1. The Case Management Conference, set for December 1, 2020, shall be continued to January 19, 2021 [or a date no earlier than 30 days after the Court issues its ruling on Plaintiff's Motion to Remand].

2. The Parties shall file a Case Management Statement on January 12, 2021 [or one week before the Case Management Conference, if the Court sets it on a different date].

**IT IS SO ORDERED.**

Dated: November 24, 2020

APPROVED

Judge Vince Chhabria

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

4836-3909-4994 1